**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

In Re: Steven LaGene Hickman

Case No.: 24–30447

Debtor

Chapter: 13

---

**ORDER OF DISMISSAL**

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 2/21/24

_____
Christopher M. Lopez
United States Bankruptcy Judge